IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS DIAZ
Plaintiff

vs

COMMISSIONER OF SOCIAL SECURITY
Defendant

CIVIL 18-1757CCC

**JUDGMENT**

It is hereby ORDERED, ADJUDGED and DECREED that the Social Security Administration's final decision to terminate plaintiff Luis Díaz's benefits under sec. 205(u) of the Act, 42 U.S.C. § 405(u), is REVERSED and VACATED. This case is hereby REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). It is further ORDERED that plaintiff's benefits are to be reinstated retroactive to the date of termination, subject to rules on eligibility for payment, and that any pending overpayment collection process shall be suspended until it has been determined through a valid hearing that plaintiff is not entitled to disability benefits.

SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico this 28th day of February, 2020.

S/GUSTAVO A. GELPÍ
Chief United States District Judge